IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Russo, Barbara | Case Number: 08 B 02503 |
| | Judge: Wedoff, Eugene R |
| Printed: 6/3/08 | Filed: 2/5/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | AmTrust Bank | Secured | 0.00 | 0.00 |
| 2. | US Bank Trust National Assoc | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial | Secured | 8,441.00 | 0.00 |
| 4. | AmTrust Bank | Secured | 31,000.00 | 0.00 |
| 5. | US Bank Trust National Assoc | Secured | 19,063.20 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 254.30 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 213.65 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 3,488.76 | 0.00 |
| 9. | Thomas R Hitchcock | Priority | | No Claim Filed |
| 10. | Nicor Gas | Unsecured | | No Claim Filed |
| 11. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 12. | KCA Financial Services | Unsecured | | No Claim Filed |
| 13. | New Millennium Bank | Unsecured | | No Claim Filed |
| 14. | Nicor Gas | Unsecured | | No Claim Filed |
| | | | $ 62,460.91 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:    Russo, Barbara

Printed: 6/3/08

Case Number: 08 B 02503
Judge: Wedoff, Eugene R
Filed: 2/5/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____